# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 8, 2022 | **Time:** 2 minutes 2:25 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 21-cv-06322-WHO | **Case Name:** Securities and Exchange Commission v. Panuwat | |

**Attorneys for Plaintiff:**   David Zhou and Tracy Combs
**Attorneys for Defendant:**   Anthony Pacheco and Brooke E. Conner

**Deputy Clerk:** Jean Davis          **Court Reporter:** Electronically recorded

### PROCEEDINGS

Case Management Conference conducted via videoconference. Parties' proposed case schedule adopted with the modifications noted below.

**Further Case Management Conference set for September 13, 2022 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | May 30, 2022 |
| **Fact discovery cutoff:** | February 24, 2023 |
| **Expert disclosure:** | April 7, 2023 |
| **Expert rebuttal:** | May 12, 2023 |
| **Expert discovery cutoff:** | June 23, 2023 |
| **Dispositive Motions heard by:** | September 20, 2023 |
| **Pretrial Conference:** | January 22, 2024 at 2:00 p.m. |
| **Trial:** | February 20, 2024 at 8:30 a.m. by Jury* |

*Announced as 2/19/2024; date revised to avoid the President's Day Holdiay