UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW PANUWAT,<br><br>  Defendant. | Case No. 21-cv-06322-WHO<br><br>**PROPOSED VERDICT FORM** |

We, the jury in the above-titled action, find as follows:

Did the SEC establish by a preponderance of the evidence that Matthew Panuwat is liable under the civil misappropriation theory of insider trading as explained in Instruction Nos. 16 – 21?

    YES: \_\_\_\_                    NO: \_\_\_\_

The presiding juror must sign and date this verdict form and return it to the Court.

Dated: _____                    Signed: _____