UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW PANUWAT,<br><br>    Defendant. | Case No. 21-cv-06322-WHO<br><br>**VERDICT FORM** |

We, the jury in the above-titled action, find as follows:

Did the SEC establish by a preponderance of the evidence that Matthew Panuwat is liable under the civil misappropriation theory of insider trading as explained in Instruction Nos. 16 – 21?

YES: _X_    NO: ____

The presiding juror must sign and date this verdict form and return it to the Court.

Dated: April 5, 2024                    Signed: _____