**SECURITIES AND EXCHANGE COMMISSION**
Monique C. Winkler (Cal. Bar No. 213031)
Susan F. LaMarca (Cal. Bar No. 215231) lamarcas@sec.gov
Bernard B. Smyth (Cal. Bar No. 217741) smythb@sec.gov
Jason M. Bussey (Cal. Bar No. 227185) busseyja@sec.gov
Matthew G. Meyerhofer (Cal. Bar No. 268559) meyerhoferm@sec.gov
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
**ATTORNEYS FOR PLAINTIFF**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jack P. DiCanio (SBN 138782) Jack.DiCanio@skadden.com
Caroline Van Ness (SBN 281675) Caroline.vanness@skadden.com
Andrew Woo (SBN 341604) Andrew.Woo@skadden.com
525 University Avenue, Suite 1400
Palo Alto, California 94301
**ATTORNEYS FOR DEFENDANT**

**SPERTUS, LANDES & JOSEPHS, LLP**
James W. Spertus (SBN 159825) jspertus@spertuslaw.com
Anthony Pacheco (SBN 128277) apacheco@spertuslaw.com
Maura L. Riley (SBN 319826) mriley@spertuslaw.com
Payton J. Lyon (SBN 305763) plyon@spertuslaw.com
Kirsi Luther (SBN 347279) kluther@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW PANUWAT,<br><br>    Defendant. | Case No. 3:21-cv-06322 WHO<br><br>**JOINT STATEMENT REGARDING REMEDIES AND POST-TRIAL BRIEFING**<br><br>Judge:      Hon. William H. Orrick<br>Trial Date: March 25, 2024<br>Time:       8:00 am<br>Place:      Courtroom 2, 17th Floor |

Consistent with the Court's oral directive at the conclusion of the April 5, 2024 proceedings, the Parties jointly state as follows:

Although the Parties have had only preliminary discussions about remedies since the April 5, 2024 jury verdict, and the SEC is still internally discussing and evaluating the subject, the Parties believe it may be productive to meet with a magistrate judge.

Separately, the Parties jointly propose the following schedule for post-trial briefing with this Court. The following schedule would apply to both remedies briefing and any motions Defendant files under Rules 50(b) and/or 59 of the Federal Rules of Civil Procedure.

- May 29, 2024: Moving Papers
- June 18, 2024: Oppositions
- July 3, 2024: Replies

Due to family commitments of certain defense counsel, Defendant requests that the Court hear argument on these matters during the week of August 5th (any day). Counsel for the SEC does not object to that request, though the SEC is also available earlier, including on July 10 and July 17. Counsel for both parties are available on July 24, though the Court's scheduling notes currently indicate that it is unavailable on that date.

| | | | |
|---|---|---|---|
| Dated: April 15, 2024 | By: | */s/* Jason M. Bussey | |

Jason M. Bussey
Bernard B. Smyth
Matthew Meyerhofer
**SECURITIES AND EXCHANGE COMMISSION**
*Attorneys for Plaintiff Securities and Exchange Commission*

Dated: April 15, 2024    By:    */s/* Jack P. DiCanio

Jack P. DiCanio
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
*Attorney for Defendant Matthew Panuwat*

*/s/* Anthony Pacheco

Anthony Pacheco
**SPERTUS, LANDES & JOSEPHS, LLP**
*Attorney for Defendant Matthew Panuwat*

# E-FILING ATTESTATION

I, Jason M. Bussey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/* Jason M. Bussey
Jason M. Bussey