**SECURITIES AND EXCHANGE COMMISSION**
Monique C. Winkler (Cal. Bar No. 213031)
Susan F. LaMarca (Cal. Bar No. 215231) lamarcas@sec.gov
Bernard B. Smyth (Cal. Bar No. 217741) smythb@sec.gov
Jason M. Bussey (Cal. Bar No. 227185) busseyja@sec.gov
Matthew G. Meyerhofer (Cal. Bar No. 268559) meyerhoferm@sec.gov
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
**ATTORNEYS FOR PLAINTIFF**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jack P. DiCanio (SBN 138782) Jack.DiCanio@skadden.com
Caroline Van Ness (SBN 281675) Caroline.vanness@skadden.com
Andrew Woo (SBN 341604) Andrew.Woo@skadden.com
525 University Avenue, Suite 1400
Palo Alto, California 94301
**ATTORNEYS FOR DEFENDANT**

**SPERTUS, LANDES & JOSEPHS, LLP**
James W. Spertus (SBN 159825) jspertus@spertuslaw.com
Anthony Pacheco (SBN 128277) apacheco@spertuslaw.com
Maura L. Riley (SBN 319826) mriley@spertuslaw.com
Payton J. Lyon (SBN 305763) plyon@spertuslaw.com
Kirsi Luther (SBN 347279) kluther@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW PANUWAT,<br><br>Defendant. | Case No. 3:21-cv-06322 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR REMEDIES AND OTHER POST-TRIAL MOTIONS**<br><br>Judge:   Hon. William H. Orrick |

Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Matthew Panuwat, through their undersigned counsel, submit the following stipulation and proposed order:

WHEREAS this Court conducted a jury trial in this action beginning on March 25, 2024; and

WHEREAS on April 5, 2024, the jury returned a unanimous verdict finding, by a preponderance of the evidence, that Mr. Panuwat is liable under the civil misappropriation theory of insider trading [dkt. 169]; and

WHEREAS the remedies in this action are to be determined by the Court upon motion by the SEC; and

WHEREAS the parties desire an orderly schedule for briefing and hearing the SEC's remedies motion and any post-trial motions brought by Mr. Panuwat under Rules 50(b) and/or 59 of the Federal Rules of Civil Procedure;

The parties STIPULATE and request the Court order as follows:

1. On or before **May 29, 2024**: The SEC shall file its remedies motion and Mr. Panuwat shall file any motion(s) he wishes to bring in this action under Rules 50(b) and/or 59 of the Federal Rules of Civil Procedure. Mr. Panuwat will abide by this deadline notwithstanding that judgment has not yet been entered in this matter, and Rules 50(b) and 59 would ordinarily provide for such motions to be filed no later than 28 days after the entry of judgment.

2. On or before **June 18, 2024**: Mr. Panuwat shall file any response or opposition to the SEC's remedies motion, and the SEC shall file any opposition or response to any motions that Mr. Panuwat files under Rules 50(b) and/or 59.

3. On or before **July 3, 2024**: The SEC shall file its reply brief in support of its remedies motion, and Mr. Panuwat shall file his reply brief(s) in support of any motions brought under Rules 50(b) and/or 59.

4. The Court will hear argument on these motions on **August 7, 2024**.

IT IS SO STIPULATED.

Dated: April 26, 2024      By:   /s/ Matthew Meyerhofer
                                 Jason M. Bussey
                                 Bernard B. Smyth
                                 Matthew Meyerhofer
                                 SECURITIES AND EXCHANGE COMMISSION
                                 *Attorneys for Plaintiff Securities and Exchange Commission*

Dated: April 26, 2024      By:   /s/ Anthony Pacheco
                                 Anthony Pacheco
                                 SPERTUS, LANDES & JOSEPHS, LLP
                                 *Attorneys for Defendant Matthew Panuwat*

### [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR REMEDIES AND OTHER POST-TRIAL MOTIONS

The above schedule is approved, and the parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: April 29, 2024 _____                 _____
                                                    Honorable William H. Orrick
                                                    United States District Judge