JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
CAROLINE VAN NESS (SBN 281675)
Caroline.VanNess@skadden.com
JOSHUA S. BROWN (SBN 344711)
Joshua.Brown@skadden.com
ANDREW WOO (SBN 341604)
Andrew.Woo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

JAMES W. SPERTUS (SBN 158925)
jim@spertuslaw.com
ANTHONY PACHECO (SBN 128277)
apacheco@spertuslaw.com
KIRSI ELIZABETH LUTHER (SBN 347279)
kluther@spertuslaw.com
SPERTUS, LANDES & JOSEPHS, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, California 90017
Telephone: (310) 826-4700
Facsimile: (310) 826-4711

Attorneys for Defendant
MATTHEW PANUWAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW PANUWAT,<br><br>Defendant. | Case No.: 3:21-cv-6322-WHO<br><br>**NOTICE OF APPEAL OF DEFENDANT MATTHEW PANUWAT**<br><br>FILED: November 8, 2024<br><br>JUDGE: Hon. William H. Orrick |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant Matthew Panuwat hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Final Judgment, entered October 24, 2024 (Dkt. 213), and Order Denying Mr. Panuwat's Post-Trial Motions, entered September 9, 2024 (Dkt. 210), as well as from any and all other adverse orders and rulings. The Ninth Circuit has jurisdiction under 28 U.S.C. § 1291, and the notice is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), because it is filed within 60 days after entry of judgment or order appealed from.

DATED: November 8, 2024    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/            Jack P. DiCanio
             Jack P. DiCanio

Attorney for Defendant MATTHEW PANUWAT

**REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2, Defendant-Appellant Matthew Panuwat submits the following list of the parties to the action with the names, addresses, and telephone numbers of their respective counsel:

**Appellant Matthew Panuwat**

Shay Dvoretzky (registered for Electronic Filing in the Ninth Circuit)
Shay.Dvoretzky@skadden.com
Parker Rider-Longmaid (registered for Electronic Filing in the Ninth Circuit)
Parker.Rider-Longmaid@skadden.com
Steven Marcus (registered for Electronic Filing in the Ninth Circuit)
Steven.Marcus@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, District of Columbia 20005
Telephone:    (202) 371-7000

Jack P. DiCanio (registered for Electronic Filing in the Ninth Circuit)
Jack.DiCanio@skadden.com
Caroline Van Ness (registered for Electronic Filing in the Ninth Circuit)
Caroline.VanNess@skadden.com
Joshua S. Brown
Joshua.Brown@skadden.com
Andrew Woo
Andrew.Woo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:    (650) 470-4500

**Appellee, Securities and Exchange Commission**

Monique C. Winkler
Jason H. Lee
Bernard B. Smyth
smythb@sec.gov
Jason M. Bussey
busseyja@sec.gov
Matthew G. Meyerhofer
meyerhoferm@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:   (415) 705-2500

DATED: November 8, 2024           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/           Jack P. DiCanio
                         Jack P. DiCanio

Attorney for Defendant MATTHEW PANUWAT